FILED

JUN 22 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

June 16, 2020

**#1** Sunday, May 24, 2020. I Artaveus Dawson was walking down South Benedict Ave., Oak Ridge Tn., Scarboro Community, when a O.R.P.O., Police Cruiser approached me. Two officers, I'm not possitive of thier names or bodge numbers, Exited the Squad car calling me by my first and last name detained me, took me into custody, and placed me in the vihicle. I was then taken to the firehall, outside of the Scarboro Community, were the arresting officers called back up. One familiar officer I do no, Sgt. John Thomas, removed me from the vihicle, punching me in my nose, throwing me onto the ground, hogg tied and bond my ankels while Serverly beating me. After I was placed back into the vihicle, I was taken to another disclosed location, the old Krogers, K-Mart parking lot on illinoise Ave., were I was Serverly beaten again. IF infact the Squad car cameras and body Camera's wasn't on, there are plenty cameras around the firehall, as well as the old K-Mart and Krogers that captured the footage. Upon my arrival to the Anderson County Detention Facility, I complained to booking Officers about exscruating pain to my nose. Pictures were taken of all Scar's and nose. The Same mourning I was taken to Medical here at the facility, were the nurse took X-Rays and it was indeed discovered that infact my nose was broken. Later that night I was transported to Methodist Medical Center, Oak Ridge, were a C.T. Scan was ran on my face, and once again it was discovered that infact my nose had been broken. Upon me reaching the facility I notified all booking officers of the situation and they all commented that it was evident I had been a victim of excessive forces, police brutality. There is a papper trail for the Anderson County Detention facility to the Oak Ridge Hospital that will prove my case, pictures, X-Rays, C.T. Scan, body cam, Squad car Cam, ect.. I am seeking a lawsuit against the Oak Ridge Police Department for Police Brutality, pain and suffering. Could you please take the time to look into the situation and get back with me as soon as possible if interested.

**#2** When leaving the E.R., Oak Ridge Medical, The nurse attending to my injury

next 7 days. Keep in mind I was arrested on May 24, 2020. A week went by and I still have knot recieved any Medical attention. So on 6-2-20, I filed a Medical request asking Medical staff here at the facility if I still had a appointment to get my nose reset and the response, yes, but they couldn't tell me exact time and date, (Understandable) so I waited sometime to see if I would be taken to get my nose reset and nothing has been done. On 6-7-20, I filed a grivance on Medical for Medical Naglect hear at the facility and they will not respond. The timely manner by law to respond to a grivance is 72 hours. So on 6-10-20, I filed another grivance on Medical for Naglecting to respond to a grivance about my Medical Condition, once again I haven't gotten a Response. I am a State Inmate Serving a T.D.O.C Sentence. This facility is paid on a daily basis for housing me state inmates are top priority and the Medical staff hear at the facility are naglecting my medical Condition. I have been incarserated Since May 24, 20 that is also the day my nose was broken by officers, todays date is June 16, 20 I haven't been anywhere near a doctors office, my nose has healed up broken, so it will have to be rebroke just to reset. Joey Sieber is also useing you for a case against anderson County detention facility against medical staff and he has refered me to you. Could you please look into the matter and get back to me as soon as possible.

x Cortney Vinson

Emergency Contact: Keyonna Ward (865) 406-4401

P.S.

please help w/B

Artavius Dawson #430606
308 public Safety Dr
Clinton Tn.
A.C.C.f
37716

X-Rayed
JUN 19 2020

KNOXVILLE TN 377

RECEIVED

JUN 2 2 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

The sender of this letter is
an Anderson County Inmate

Barn Swallow

FOREVER
USA

Howard H Baker Jr.
Clerk of Eastern District Court
800 Market st Suite 130
Knoxville Tn.
37902

INSPECTED

37902$2327 C002